IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH A. IOPPOLO, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a political subdivision of the State of Washington; CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation and CASCADE WATER ALLIANCE, a municipal corporation,<br><br>Defendants. | NO. 2:15-CV-00358-JCC<br><br>**PLAINTIFFS' RESPONSE TO MOTION TO DISMISS AND MOTION FOR 60-DAY STAY**<br><br>Note on Calendar: May 1, 2015 |

Plaintiffs filed their Complaint against King County, the Port of Seattle, Puget Sound Energy, Sound Transit and Cascade Water on March 10, 2015 (D.E. 1). The Complaint alleges causes of action for conspiracy, trespass, and slander of title against King County, the Port and Sound Transit, and also a claim for unjust enrichment against the Port. Defendants King County, the Port and Sound Transit filed a joint motion for dismissal of tort claims on April 7, 2015 (D.E.

Plaintiffs' Response to Motion to Dismiss and Motion for 60-Day Stay
2:15-cv-00358-JCC - Page 1

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

23).[1] The Defendants' motion to dismiss is based on the provisions of RCW 4.96.020, which bars claims against a municipal entity until a claimant presents a claim to a local government entity prior to filing suit.

The Defendants are correct that Plaintiffs did not file formal claims with any of the municipal entities prior to filing this lawsuit.[2] It is Plaintiffs' position that dismissing the case against three of the Defendants pursuant to RCW 4.96.020 will not serve any legitimate purpose, particularly when the sixty-day waiting period as set forth in RCW 4.96.020 is and will be nothing more than a minor administrative impediment and the case would continue against the other Defendants who do not fall under the purview of RCW 4.96.020. Instead, Plaintiffs request that this Court simply stay this action for the sixty-day waiting period as prescribed in RCW 4.96.020 and Plaintiffs will immediately file claims with the municipalities entities as required by the statute.

                                                Respectfully submitted,

Date: April 23, 2015.               STEWART, WALD & McCULLEY, L.L.C.

                                                By  /s/ *Thomas S. Stewart*
                                                Thomas S. Stewart
                                                Elizabeth McCulley
                                                9200 Ward Parkway, Suite 550
                                                Kansas City, MO 64114
                                                Telephone:    (816) 303-1500
                                                Facsimile:     (816) 5278068
                                                stewart@swm.legal
                                                mcculley@swm.legal

                                                AND

---

[1] Defendant Puget Sound Energy filed a separate motion to dismiss on other grounds on April 8, 2015 (D.E. 29).
[2] Defendant Puget Sound Energy is not a municipal entity as defined in RCW 4.96.020 and Plaintiffs will respond separately to their motion to dismiss.

Plaintiffs' Response to Motion to Dismiss and Motion for 60-Day Stay
2:15-cv-00358-JCC - Page 2

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

RODGERS DEUTSCH & TURNER, P.L.L.C.
Daryl A. Deutsch, WSBA No. 11003
Rodgers Deutsch & Turner, P.L.L.C.
3 Lake Bellevue Dr. Suite 100
Bellevue, WA  98005
Telephone    (425) 455-1110
Facsimile      (425) 455-1626
daryl@rdtlaw.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April 2015, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon all parties of record.

Andrew W Marcuse
David J. Hackett
Peter G. Ramels
King County Prosecuting Attorney, Civil Division
500 4th Avenue, Suite 900
Seattle, WA 98104-5039
andrew.marcuse@kingcounty.gov
david.hackett@kingcounty.gov
pete.ramels@kingcounty.gov
ATTORNEYS FOR DEFENDANT
KING COUNTY

James Breitenbucher
Blake Marks-Dias
RIDDELL WILLIAMS
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192
jbreitenbucher@riddellwilliams.com
bmarksdias@riddellwilliams.com
ATTORNEYS FOR DEFENDANT
PUGET SOUND ENERGY

Desmond L. Brown
Loren Armstrong
401 S. Jackson Street
Seattle, WA  98104

Plaintiffs' Response to Motion to Dismiss and Motion for 60-Day Stay
2:15-cv-00358-JCC - Page 3

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110  Fax (425)455-1626

| | |
|---|---|
| 1 | Desmond.brown@soundtransit.org |
| | Loren.armstrong@soundtransit.org |
| 2 | ATTORNEY FOR DEFENDANT |
| | CENTRAL PUGET SOUND REGIONAL |
| 3 | TRANSIT AUTHORITY (SOUND TRANSIT) |

VAN NESS FELDMAN, LLP
Dale N. Johnson
2025 First Avenue, Suite 500
Seattle, WA  98121-3140
dnj.vnf.com
ATTORNEY FOR DEFENDANT
CASCADE WATER ALLIANCE

_____/s/ Thomas S. Stewart_____

Plaintiffs' Response to Motion to Dismiss and Motion for 60-Day Stay
2:15-cv-00358-JCC - Page 4

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626