IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH A. IOPPOLO; DAVID MCCRAY AND SALLY MCCRAY, husband and wife; SCOTT KASEBURG AND KATHRYN KASEBURG, husband and wife; CAR LOT LLC, a Washington limited liability company; FLOOR CRAFT BUILDING LLC, a Washington limited liability company, and WOODINVILLE LANDING LLC, a Washington limited liability company, for themselves and a class of Similarly Situated Plaintiffs,<br><br>Plaintiffs,<br><br>vs.<br><br>PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation; KING COUNTY, a home rule charter County; CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation; and CASCADE WATER ALLIANCE, a Washington municipal corporation,<br><br>Defendants. | No. 2:15-cv-00358-JCC<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE<br><br>**[Clerk's Action Required]** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiffs and Cascade Water Alliance, a Washington municipal corporation ("Cascade"), hereby stipulate to the dismissal of Cascade from this case with prejudice. Each party is to bear

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE – Page 1
Case No.  2:15-cv-00358-JCC

61456

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

its own costs.

DATED this 18th day of June, 2015.

| VAN NESS FELDMAN LLP | STEWART WALD & McCULLEY LLC |
|---|---|
| */s/ Dale N. Johnson* <br> Dale N. Johnson, WSBA #26629 <br> Attorneys for Defendants <br> Cascade Water Alliance | */s/ Thomas S. Stewart* <br> Thomas S. Stewart <br> Elizabeth McCulley <br> Attorneys for Plaintiffs |

RODGERS DEUTSCH & TURNER, P.L.L.C.

*/s/ Daryl A. Deutsch*
Daryl A. Deutsch, WSBA # 11003
Attorneys for Plaintiffs

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE – Page 2
Case No. 2:15-cv-00358-JCC

61456

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington 98005-2440
Tel. (425)455-1110 Fax (425)455-1626

**ORDER OF DISMISSAL**

THIS MATTER having come on before the Court by stipulation of the parties, and the Court having reviewed the stipulation and the file, and being fully advised herein, now, therefore,

IT IS HEREBY ORDERED that Plaintiffs' Complaint and all claims asserted therein in this matter are dismissed *with prejudice* and without costs to any party.

DATED this _____ day of _____, 2015.

_____
The Honorable John C. Coughenour

Presented by:

VAN NESS FELDMAN LLP

*/s/ Dale N. Johnson*
Dale N. Johnson, WSBA #26629
Attorneys for Defendants Cascade Water Alliance

STEWART WALD & McCULLEY LLC

*/s/ Thomas S. Stewart*
Thomas S. Stewart
Elizabeth McCulley
Attorneys for Plaintiffs

RODGERS DEUTSCH & TURNER, P.L.L.C.

*/s/ Daryl A. Deutsch*
Daryl A. Deutsch, WSBA # 11003
Attorneys for Plaintiffs

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE – Page 3
Case No.  2:15-cv-00358-JCC

61456

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

# CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2015, I electronically filed the foregoing document(s) with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

**Attorneys for King County**
Daniel T. Satterberg, Prosecuting Attorney
Peter G. Ramels
David J. Hackett
Andrew W. Marcuse
H. Kevin Wright
Senior Deputy Prosecuting Attorneys
500 Fourth Ave., 9th Floor
Seattle, WA. 98104
pete.ramels@kingcounty.gov
Andrew.marcuse@kingcounty.gov
Kevin.wright@kingcounty.gov
David.hackett@kingcounty.gov

**Attorneys for Defendants Cascade Water Alliance**
VAN NESS FELDMAN LLP
Dale N. Johnson, WSBA #26629
2025 First Avenue, Suite 500
Seattle, WA  98121-3140
dnj.vnf.com

**Attorneys for Port of Seattle**
Timothy G. Leyh
Randall Thomsen
Kristin Ballinger
CALFO, HARRIGAN, LEYH & EAKES, LLP
999 Third Avenue, Suite 4400
Seattle, WA 98104
timl@calfoharrigan.com
randallt@calfoharrigan.com
Kristinb@calfoharrigan.com

**Attorneys for Puget Sound Energy**
James E. Breitenbucher
Gavin W. Skok
Courtney Seim
Bryan J. Case
RIDDELL WILLIAMS PS

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
– Page 4
Case No.  2:15-cv-00358-JCC

61456

RODGERS DEUTSCH & TURNER, P.L.L.C.
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626

1001 – 4th Avenue, Suite 4500
Seattle, WA 98154-1065
gskok@riddellwilliams.com
jbreitenbucher@riddellwilliams.com
cseim@riddellwilliams.com
bcase@riddellwilliams.com

**Attorneys for Central Puget Sound Regional Transit Authority**
Desmond L. Brown
Loren Armstrong
401 S. Jackson Street
Seattle, WA 98104-2826
desmond.brown@soundtransit.org
loren.armstrong@soundtransit.org

                                  *s/ Thomas S. Stewart*

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE – Page 5
Case No.  2:15-cv-00358-JCC

61456

**RODGERS DEUTSCH & TURNER, P.L.L.C.**
Attorneys At Law
Three Lakes Bellevue Dr. Suite 100
Bellevue, Washington  98005-2440
Tel. (425)455-1110  Fax (425)455-1626