The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH A. IOPPOLO; DAVID MCCRAY and SALLY MCCRAY, husband and wife; SCOTT KASEBURG and KATHRYN KASEBURG, husband and wife; CAR LOT LLC, a Washington limited liability company; FLOOR CRAFT BUILDING LLC, a Washington limited liability company; FREY REED BUILDING LLC, a Washington limited liability company; and WOODINVILLE LANDING LLC, a Washington limited liability company, for themselves and a Class of Similarily Situated Plaintiffs,<br><br>Plaintiffs,<br><br>vs.<br><br>PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a political subdivision of the State of Washington; CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation; and CASCADE WATER ALLIANCE, a municipal corporation,<br><br>Defendants. | No. 15-cv-00358 JCC<br><br>DECLARATION OF ERICA JACOBS |

DECLARATION OF ERICA JACOBS
(15-cv-00358 JCC) - 1

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819

Erica Jacobs declares the following:

1. I have personal knowledge of the facts contained herein and am competent to testify thereto.

2. I am a Special Projects Manager III with the King County Parks and Recreation Division of the Department of Natural Resources and Parks (DNRP). I have worked for DNRP for the past 17 years. As a manager, my current responsibilities are to oversee trail planning, design, and implementation for the Eastside Rail Corridor ("Corridor"). I am familiar with current King County activities along the Corridor.

3. King County is at the very preliminary stages of developing a trail and has no immediate plans for any other uses of the Corridor. We are currently considering various alternatives and conducting environmental review.

4. The trail master plan is not expected to be complete until fall 2016. It is not final until adopted by the King County Council. King County is not able to move into *preliminary* design work until the master planning process has been completed.

5. At present, the portions of the Corridor where King County holds a property interest remain much as they were when BNSF stopped active rail operations. The tracks remain in place and King County has not yet constructed any improvements.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 6th day of July, 2015 at Seattle, Washington

_____
Erica Jacobs

DECLARATION OF ERICA JACOBS
(15-cv-00358 JCC) - 2

Daniel T. Satterberg, Prosecuting Attorney
CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819