HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH A. IOPPOLO; DAVID MCCRAY and SALLY MCCRAY, husband and wife; SCOTT KASEBURG and KATHRYN KASEBURG, husband and wife; CAR LOT LLC, a Washington limited liability company; FLOOR CRAFT BUILDING LLC, a Washington limited liability company; FREY REED BUILDING LLC, a Washington limited liability company; and WOODINVILLE LANDING LLC, a Washington limited liability company, for themselves and a Class of Similarly Situated Plaintiffs, <br><br> Plaintiffs, <br><br> vs. <br><br> PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation, KING COUNTY, a political subdivision of the State of Washington; and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY, a municipal corporation, <br><br> Defendants. | Case No.  2:15-cv-00358-JCC <br><br> DEFENDANT SOUND TRANSIT'S JOINDER OF KING COUNTY'S MOTION FOR SUMMARY JUDGMENT TO DISMISS INVERSE CONDEMNATION CLAIM <br><br> NOTE ON MOTION CALENDAR: <br><br> August 7, 2015 |

////

DEFENDANT SOUND TRANSIT'S JOINDER OF KING COUNTY'S MOTION FOR SUMMARY JUDGMENT TO DISMISS INVERSE CONDEMNATION CLAIM- 1

CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY
401 S. JACKSON STREET
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 398-5000
FACSIMILE: (206) 398-5499

## I. INTRODUCTION

Defendant Central Puget Sound Regional Transit Authority ("Sound Transit") joins defendant King County's motion for summary judgment (Dkt. #46, filed 7 July 2015). For the reasons stated in King County's motion and based on the additional facts contained herein, Plaintiffs' inverse condemnation claim should also be dismissed with prejudice as to Sound Transit.

## II. SOUND TRANSIT-SPECIFIC FACTS

With the exception of an approximately one-mile stretch of the railbanked corridor in Bellevue, Sound Transit currently has no voter-approved plans to construct any facilities in the railbanked corridor. *See* Declaration of Don Billen ("Billen Decl.") at 4. There is a portion of the railbanked corridor in Bellevue, located approximately between NE 6th Street at the southern end and SR 520 at the northern end, which Sound Transit does have affirmative plans to use for the East Link Light Rail system. Billen Decl. at 4. Sound Transit owns a fee interest in most of that section of the corridor, and the remaining section in which Sound Transit claims an easement right is not adjacent to the property of any named plaintiff in this action (Billen Decl. at 4; compare to plaintiffs' addresses listed in Plaintiffs' complaint – Dkt. No. 18).

Thus, the Plaintiffs herein cannot claim any property interest in the section of the corridor in which Sound Transit has any current plans to construct light rail facilities, and Sound Transit has no current plans in the remainder of the corridor.

## III. CONCLUSION

For the reasons set forth herein and in King County's motion, Sound Transit respectfully requests that the Court dismiss Plaintiffs' inverse condemnation claim against Sound Transit with prejudice.

DEFENDANT SOUND TRANSIT'S JOINDER OF KING COUNTY'S MOTION FOR SUMMARY JUDGMENT TO DISMISS INVERSE CONDEMNATION CLAIM- 2

CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY
401 S JACKSON STREET
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 398-5000
FACSIMILE: (206) 398-5499

DATED this 9th day of July, 2015.

By _____
Loren Armstrong, WSBA#33068
401 S. Jackson Street
Seattle, WA 98104
Telephone: (206) 398-5212
Fax: (206) 398-5222
loren.armstrong@soundtransit.org
Attorney for Defendant Sound Transit

DEFENDANT SOUND TRANSIT'S JOINDER OF
KING COUNTY'S MOTION FOR SUMMARY
JUDGMENT TO DISMISS INVERSE
CONDEMNATION CLAIM- 3

CENTRAL PUGET SOUND REGIONAL TRANSIT
AUTHORITY
401 S. JACKSON STREET
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 398-5000
FACSIMILE: (206) 398-5499

# CERTIFICATE OF SERVICE

I, Ruby Fowler, declare that I am employed by the Central Puget Sound Regional Transit Authority, a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On July 9, 2015, I caused a true and correct copy of the foregoing document to be served on counsel listed below in the manner indicated:

### Counsel for Plaintiffs

Thomas S. Stewart  
Elizabeth McCulley  
BAKER STERCHI COWDEN & RICE, L.L.C.  
2400 Pershing Road, Suite 500  
Kansas City, MO 64108  
Telephone: (816) 471-2121  
Facsimile: (816) 472-0288  
Email: stewart@bscr-law.com  
mcculley@bscr-law.com  

☐ Via legal messengers  
☐ Via first class mail  
☐ Via facsimile  
☐ Via email  
✓ Via ECF  

Daryl A. Deutsch, WSBA No. 11003  
Rodgers Deutsch & Turner, P.L.L.C.  
3 Lake Bellevue Dr. Suite 100  
Bellevue, WA 98005  
Telephone (425) 455-1110  
Facsimile (425) 455-1626  
Email: daryl@rdtlaw.com  

☐ Via legal messengers  
☐ Via first class mail  
☐ Via facsimile  
☐ Via email  
✓ Via ECF  

### Counsel for Puget Sound Energy:

James E. Brietenbucher, WSBA#27670  
Blake Marks-Dias, WSBA #28169  
Riddell Williams P.S.  
1001 Fourth Avenue, Suite 4500  
Seattle, Washington 98154-1192  
T 206.389.1731  
F 206.389.1708  
jbreitenbucher@riddellwilliams.com  
bmarksdias@riddellwilliams.com  

☐ Via legal messengers  
☐ Via first class mail  
☐ Via facsimile  
☐ Via email  
✓ Via ECF  

DEFENDANT SOUND TRANSIT'S JOINDER OF KING COUNTY'S MOTION FOR SUMMARY JUDGMENT TO DISMISS INVERSE CONDEMNATION CLAIM- 4

CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY  
401 S. JACKSON STREET  
SEATTLE, WASHINGTON 98104  
TELEPHONE: (206) 398-5000  
FACSIMILE: (206) 398-5499

**Counsel for King County:**

| | |
|---|---|
| David J. Hackett, WSBA#21236<br>H. Kevin Wright, WSBA #19121<br>Peter G. Ramels, WSBA #21120<br>Andrew W. Marcuse, WSBA#27552<br>Senior Deputy Prosecuting Attorneys<br>King County<br>500 Fourth Ave., 9th Floor<br>Seattle, WA 98104<br>(206) 296-8820<br>(206) 296-8819 Fax<br>David.hackett@kingcounty.gov<br>Kevin.ramels@kingcounty.gov<br>Pete.ramels@kingcounty.gov<br>Andrew.marcuse@kingcounty.gov | ☐ Via legal messengers<br>☐ Via first class mail<br>☐ Via facsimile<br>☐ Via email<br>✓ Via ECF |

DATED this 9th day of July, 2015.

_____
Ruby Fowler, Legal Secretary

DEFENDANT SOUND TRANSIT'S JOINDER OF KING COUNTY'S MOTION FOR SUMMARY JUDGMENT TO DISMISS INVERSE CONDEMNATION CLAIM- 5

CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY
401 S. JACKSON STREET
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 398-5000
FACSIMILE: (206) 398-5499