1                                            HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH A. IOPPOLO; DAVID MCCRAY AND SALLY MCCRAY, husband and wife; SCOTT KASEBURG AND KATHRYN KASEBURG, husband and wife; CAR LOT LLC, a Washington limited liability company; FLOOR CRAFT BUILDING LLC, a Washington limited liability company; and WOODINVILLE LANDING LLC, a Washington limited liability company, for themselves and a Class of Similarly Situated Plaintiffs,

                              Plaintiffs,

v.

PORT OF SEATTLE, a municipal corporation; PUGET SOUND ENERGY, INC., a Washington for profit corporation; KING COUNTY, a home rule charter county; and CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY,

                              Defendants.

No. 2: 15-CV-00358-JCC

DECLARATION OF DON BILLEN IN SUPPORT OF DEFENDANT SOUND TRANSIT'S JOINDER OF KING COUNTY'S MOTION FOR SUMMARY JUDGMENT TO DISMISS INVERSE CONDEMNATIUON CLAIM

I, Don Billen, declare as follows:

1. I have personal knowledge of the facts contained herein; I am over the age of eighteen; and I am competent to testify thereto.

DECLARATION OF DON BILLEN - 1

2. I am the High Capacity Transportation Project Development Director at Sound Transit.

3. I have worked at Sound Transit in various roles since 1997.

4. With the exception of an approximately one-mile stretch of the railbanked corridor in Bellevue, Sound Transit currently has no voter-approved plans to construct any facilities in the railbanked corridor. There is a portion of the railbanked corridor, located approximately between NE 6th Street at the southern end and SR 520 at the northern end, in which Sound Transit plans to construct facilities for the East Link Light Rail system. Sound Transit is also conducting environmental review for a Light Rail Operations Maintenance Satellite Facility which may also be partially located in this portion of the corridor. Sound Transit owns a fee interest in most of that section of the corridor and an easement in the remaining portion.

I DECLARE under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

Dated this 9th day of July, 2015 at Seattle, Washington

_____
Don Billen

DECLARATION OF DON BILLEN - 2

## CERTIFICATE OF SERVICE

I, Ruby Fowler, declare that I am employed by the Central Puget Sound Regional Transit Authority, a citizen of the United States of America, a resident of the State of Washington, over the age of eighteen (18) years, not a party to the above-entitled action, and competent to be a witness herein.

On July 9, 2015, I caused a true and correct copy of the foregoing document to be served on counsel listed below in the manner indicated:

**Counsel for Plaintiffs**

| | |
|---|---|
| Thomas S. Stewart<br>Elizabeth McCulley<br>BAKER STERCHI COWDEN & RICE, L.L.C.<br>2400 Pershing Road, Suite 500<br>Kansas City, MO 64108<br>Telephone: (816) 471-2121<br>Facsimile: (816) 472-0288<br>Email: stewart@bscr-law.com<br>         mcculley@bscr-law.com | ☐ Via legal messengers<br>☐ Via first class mail<br>☐ Via facsimile<br>☐ Via email<br>✓ Via ECF |
| Daryl A. Deutsch, WSBA No. 11003<br>Rodgers Deutsch & Turner, P.L.L.C.<br>3 Lake Bellevue Dr. Suite 100<br>Bellevue, WA 98005<br>Telephone (425) 455-1110<br>Facsimile (425) 455-1626<br>Email: daryl@rdtlaw.com | ☐ Via legal messengers<br>☐ Via first class mail<br>☐ Via facsimile<br>☐ Via email<br>✓ Via ECF |

**Counsel for Puget Sound Energy:**

| | |
|---|---|
| James E. Brietenbucher, WSBA#27670<br>Blake Marks-Dias, WSBA #28169<br>Riddell Williams P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, Washington 98154-1192 | ☐ Via legal messengers<br>☐ Via first class mail<br>☐ Via facsimile<br>☐ Via email<br>✓ Via ECF |

DECLARATION OF DON BILLEN - 3

T 206.389.1731
F 206.389.1708
jbreitenbucher@riddellwilliams.com
bmarksdias@riddellwilliams.com

**Counsel for King County:**

David J. Hackett, WSBA#21236       ☐ Via legal messengers
H. Kevin Wright, WSBA #19121        ☐ Via first class mail
Peter G. Ramels, WSBA #21120        ☐ Via facsimile
Andrew W. Marcuse, WSBA#27552       ☐ Via email
Senior Deputy Prosecuting Attorneys  ✓ Via ECF
King County
500 Fourth Ave., 9th Floor
Seattle, WA 98104
(206) 296-8820
(206) 296-8819 Fax
David.hackett@kingcounty.gov
Kevin.ramels@kingcounty.gov
Pete.ramels@kingcounty.gov
Andrew.marcuse@kingcounty.gov


DATED this 9thth day of July, 2015.

_____
Ruby Fowler, Legal Secretary

DECLARATION OF DON BILLEN - 4