# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH A. IOPPOLO, et al.,

Plaintiffs,

v.

PORT OF SEATTLE, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO. C15-0358-JCC

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

King County's Motion for Partial Summary Judgment (Dkt. No. 46) is GRANTED.

Plaintiffs' sole remaining claim for inverse condemnation against King County and Sound Transit is DISMISSED. Accordingly, the Clerk is directed to CLOSE this case.

DATED this 11 day of September 2015.

WILLIAM M. MCCOOL
Clerk of Court

 /s/ *Rhonda Stiles*
Deputy Clerk